UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,           )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 05-1835 HHK
                               )
ALBERTO GONZALEZ,              )
  U.S. Attorney General,       )
                               )
          Defendant.           )
_____)

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

     Defendant move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to respond to the Complaint in this action up to and including December 19, 2005.  Three attempts were made to contact plaintiff, pro se, by telephone, but he could not be reached to determine his position on this motion.

     Counsel for defendant asks for this additional time, because an administrative error delayed receipt of the Complaint in the office of agency counsel, which has delayed undersigned counsel in securing the factual information necessary properly to respond to the pleading.  In addition, counsel was required to complete seven substantive filings within the last nine business days, including three filings in the Court of Appeals today, and earlier this week a lengthy Motion To Dismiss Or, In The Alternative, For Summary Judgment that necessitated review of several boxes of depositions.  Counsel also learned last week that he must prepare a filing in a matter under seal, which was required to be completed on an expedited basis and was among the filings made this week.

For these reasons, defendant seeks this additional time within which to respond to the Complaint.  A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

DONOVAN J. LEIGHTON
11101 Georgia Avenue
Apartment # 263
Wheaton, Maryland  20902

on this 18th day of November, 2005.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230