```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,               )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No. 05-1835 HHK
                                   )
ALBERTO GONZALEZ,                  )
  U.S. Attorney General,           )
                                   )
        Defendant.                 )
_____)
```

## ORDER

UPON CONSIDERATION of Defendant's Motion For An Enlargement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2005, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may respond to the complaint herein is enlarged up to and including December 19, 2005.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

DONOVAN J. LEIGHTON
11101 Georgia Avenue
Apartment # 263
Wheaton, Maryland  20902