```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,            )
                                )
       Plaintiff,               )
                                )
   v.                           )  Civil Action No. 05-1835 HHK
                                )
ALBERTO GONZALES,               )
   U.S. Attorney General,       )
                                )
       Defendant.               )
_____)
```

                    NOTICE OF RELATED CASES

   Pursuant to Local Rule 40.5, Defendant hereby notifies the Court and Plaintiff that the above action appears related to <u>Emmanual Johnson, Jr.</u> v. <u>Gonzales</u>,[1] Civil Action No. 93-0206 TFH. Local Civ. Rule 40.5(a)(3) provides, in relevant part:

> cases are deemed related when the earliest is still pending on the merits in the District Court and they . . . involve common issues of fact . . . . Notwithstanding the foregoing, a case filed by a *pro se* litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case.

Local Civ. Rule 40.5(a)(3).  A settlement has been reached in Civil Action No. 93-0206 TFH, but counsel is advised that the action remains pending.  Moreover, in Count III (and possibly Count II), Plaintiff has alleged a claim based on common issues of fact.  <u>See</u> Complaint, ¶ 38 ("Plaintiff maintains that the policies, practices and procedures of the FBI have operated to have disparate impact on African-American Special Agents with

---

[1]  The action was initially brought against then Attorney General Janet Reno, but the current Attorney General is substituted by operation of Fed. R. Civ. P. 25.

regard to promotions, assignments, awards, bonuses and other forms of official recognition."); see also Docket No. 221 in Civil Action No. 93-206 TFH (Mediation Settlement Agreement) at 1-2, 13 (noting that the settlement agreement resolved a number of allegations of racial discrimination against black Special Agents in the FBI's employment policies and practices, and that the relief provided, in part, revision of certain employment policies and a claim by plaintiffs that the policies had resulted in an adverse impact on the plaintiffs).  Moreover, because plaintiff is proceeding pro se, and the earlier case remains pending, the cases are deemed related.

          Respectfully submitted,


_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that service of the foregoing Notice Of Related Cases of has been made by mailing copies thereof to:

DONOVAN J. LEIGHTON  
11101 Georgia Avenue  
Apartment # 263  
Wheaton, Maryland  20902

on this 19th day of December, 2005.

 

                                       W. MARK NEBEKER, D.C. Bar #396739  
                                       Assistant United States Attorney  
                                       Civil Division  
                                       555 4th Street, N.W.  
                                       Washington, DC  20530  
                                       (202) 514-7230