```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,              )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 05-1835 HHK
                                  )
ALBERTO GONZALES,                 )
  U.S. Attorney General,          )
                                  )
        Defendant.                )
                                  )
```

DEFENDANT'S NOTICE OF FILING

Defendant hereby gives notice to Plaintiff and the Court of the filing of the attached Exhibits referenced in Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, dated December 19, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Notice Of Filing and its attachments has been made by mailing copies thereof to:

DONOVAN J. LEIGHTON
11101 Georgia Avenue
Apartment # 263
Wheaton, Maryland  20902

on this 19th day of December, 2005.

 

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230