**SECRET**

CLASSIFIED BY: bcg:oTUC/NLS/BAW/oo
REASON: 1.5 ( C )
DECLASSIFY ON: X 9.13.2029

9-13-2004

Dama by:
CTD
PM/NT
OIO
LEGAT.

**From:** Donovan Leighton
**To:** Michael Pyszczymuka
**Date:** Sun, Mar 30, 2003 5:27 PM
**Subject:** Re: ADNAN G. EL-SHUKRIJUMAH INVESTIGATION

Roger, I still, however, have some major heartburn with this. Perhaps this is an opportune juncture to raise some issues that have concerned me, others in the Office of International Operations (OIO), and the Legal Attache Offices (LAOs) we support.

Legat Bridgetown's request represented a major opportunity for OIO to do something right. El-Shukrijumah is now the Bureau's number one priority in the War Against Terrorism. He is described as an "imminent threat" to the United States and as having organizing capabilities comparable to those of Mohammed Atta. He is believed to have undergone flight training at the same Oklahoma flight school that was attended by Zacarias Moussaoui and has been linked to Jose Padilla, the United States citizen that has been charged with plotting to detonate a radiological "dirty bomb" in the U.S. He was handed up by none other that Khalid Sheikh Mohammed who is believed to the intellectual author of both World Trade Center I and II.

G.P.1

I am dismayed to learn that GOTT officials were opposed to the deployment of more than two SAs. Apparently the liaison that was built in the lead up to the ▮▮▮▮ operation has diminished. At that time I had no problem getting the GOTT's concurrence, at the highest level, in the deployment of myself and approximately ▮ other USG personnel including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Perhaps I could have helped Bridgetown fix that liaison problem.

Sovereign
right of this
government.

G
H

While I'm encouraged that CTD is deploying two SAs I wonder if we still would have materially benefitted from the area knowledge, case knowledge, and ▮▮▮▮ contacts at all levels, particulary in the ▮▮▮▮ ▮▮▮▮ I would have been able to contribute. As you know, I have been following the Islamic fundamentalist terrorist threat emanating from Trinidad since 1998. Hopefully the absence of that institutional knowledge won't contribute to something being overlooked. I am sure the CTD SAs will be very adaptable, learn to drive on the left in Port-Of-Spain's bumper car traffic, figure out where they're going, decipher the local accents, and not be too conspicuous in overwhelmingly black and brown Trinidad.

ALAT/LEGAT
to provide
C this liaison.

While I'm told that OIO is fully stretched covering SIOC and other matters, I wonder if we're making full use of our personnel when I see two surplus GS-15s routinely lounging around OIO's front office, apparently lying in wait for an SES butt to kiss. As far as Sandy needing me to assist her, she could probably make it without me if she could summon up the discipline to spend a reasonable amount of time in her office and read and respond to her e-mail in a timely fashion. I'm confident that I would have no problem running the unit with just the analysts.

uncalled for
comment;
extremely
unprofessional.

I am further puzzled as to the standard being used to determine when OIO personnel should be deployed overseas. Last fall the USG went to Code Orange for the first time based on specific information from a captured Al Qaeda operator re threats to our interests in Southeast Asia. Several of our embassies in the region closed down in response. During the same period, over my strong objection, Liaison Analyst Deborah Carter was deployed, against her wishes, to Legat Singapore for an orientation visit. This travel was not only discretionary and unnecessary it was very inadvisable.

D. Carter
should have
protested
concerns —
she didn't

This travel occurred at a time when we already down one analyst as Tim Stone had already left the unit. About a month later Jemmah Islamiah hit in Bali. The attack is considered the most devastating outside of the September 11, 2001 attacks. They could have just as easily hit in Singapore where they had earlier planned to attack our embassy. At the time ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

G

**EXHIBIT A**
CA 05-1835

EXHIBIT BB

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE X-31-2004 BY

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE.

**SECRET**

**SECRET**

G

The above was brought to the attention of the Acting Unit Chief but failed to make an impression. Ms. Carter was told that if anything went wrong to just represent that she was Canadian. If Jemmah Islamiah had attacked U.S. Embassy - Singapore as planned, Ms. Carter could have become quite dead before she could get her maple leaf out. I have often wondered how OIO management would have explained to her survivors the need for her travel despite the specific warnings.

The truth is that OIO is grossly overstaffed and makes poor use of its personnel. At least two of our analysts have commented to me that, rather than adding another International Operations Unit, we should consolidate IOU I & II into one unit. I agree. This would facilitate more flexibility in utilizing the our SSA personnel and eliminate the inter-unit meddling that has sometimes been a problem at the Unit Chief level.

OIO is grossly underutilizing the GS-15 resource represented by returning Legats, myself included, by assigning them to GS-14 work when assignments, such as the requested Trinidad deployment, would make better use of their experience. Rather than repeatedly "going to the well" with other divisions for TDY personnel, OIO's first stop should be its own personnel, particularly those that have been Legats and ALATs. I have been told repeatedly that one of the legats' major problems is incorporating TDY personnel into their operations which have to be trained on embassy and LAO procedures.

Then comes the issue of disparate treatment. When Weldon Burt and myself reported to OIO at the conclusion of our tours, we were unceremoniously hustled off to details in NSD by former DAD Kaciban who actually remarked that he did not want us in his "space". This is ironic in that it now appears that Mr. Kaciban ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Nonetheless we went without complaint. Perhaps we understood that, as just a couple of no account colored ex-legats who were not Friends-Of-Louie or friends of Friends-Of-Louie, we could not expect any different.

SSA Fowler, on the other hand, has been the beneficiary of what would seem to be singular special treatment. She was immediately placed in the vacant IOU II Unit chief spot, invited to be a member of the OIO inner circle, and given carte blanche to travel freely including, but not limited to, the recent Buenoa Aires-Brasilia-Santiago South American tour.

Unequal treatment such as the above has become the subject of frequent discussion at the working level in OIO. Taken in juxtaposition to the opposition to my deployment to Trinidad under the above described circumstances, the whole situation is beginning to get a little hard to take.

I would strongly recommend that we immediately start rotating the GS-15s in OIO through the vacant IOU II Unit Chief position. The same should be done with respect to your position when you PCS to the New York. I am interested in both rotations. I believe this sort of rotation is considered a best practice within federal personnel management. The recommended rotations would have the dual benefit of providing developmental opportunities for the non-wired GS-15s in OIO as well as giving the LAOs under IOU II some respite as many of them have complained to me about the lack of support under the current regime.

I remain, as I told Carey Gleicher when he asked me to deploy to Legat Riaydh in December, 2001, "good-to-go anytime, anywhere" in support of the war effort.

SSA Donovan J. Leighton
IOU II
3/30/2003 1715
>>> Michael Pyszczymuka 03/27 4:50 PM >>>
Don: CTD in coordination with recommendations submitted by Norm Embry, has identified two "fly squad agents" for Trinidad. The locals were not in favor of anything more than two SAs.

Since OIO is fully stretched covering SIOC and other matters, I request that you stand down on this





SECRET

request and remain in the Unit to assist Sandy. CTD has identified two agents familiar with the case and that will suffice for now. Thanks, Mike

>>> Donovan Leighton 03/27 10:20 AM >>>
Mr. Mefford:

I would like to be included in the Fly Away Squad deployment to the Eastern Caribbean in connection with captioned investigation. I can immediately bring the following to bear in support of this top priority investigation:

1. As Legat Bridgetown from 1998 - 2001 I covered all of the Eastern Caribbean from Anguilla to Trinidad & Tobago and developed extensive contacts throughout the region. In May, 2001, I was recognized for my contributions to law enforcement in the region by the Association of Caribbean Commissioners of Police in which I was an active participant;

2. I played a central role over a period of several months in planning and executing an operation intended to effectuate the apprehension and rendition of former Top Ten Fugitive ▮▮▮▮▮ in Trinidad. This involved developing liaison from the highest levels of the Government Of Trinidad & Tobago (GOTT) to Constables at the working level of ▮▮▮▮▮ This effort resulted in the commitment of then GOTT Prime Minister Basdeo Panday to assist the FBI by placing the placing the GOTT's ▮▮▮▮▮ completely at our disposal, giving a large contigent of FBI Newark Special Agents access to the security area's of Port of Spain's international airport for the better part of a week, and permitting us to stage a team of Hostage Rescue Team operators and a bureau aircraft there;

3. As Legat Bridgetown I developed and maintained one of the best Legat ▮▮▮▮▮ relationships in the Legal Attache Program which, among other high value yields, produced some of the earliest intelligence re plans by Middle Eastern terrorists to attack the World Trade Center employing an aircraft as a weapon of mass destruction. I also worked closely with ▮▮▮▮▮

4. Since 9/11 I have been heavily involved in addressing investigations relating to Al Qaeda both in my role as Program Manager for Legats Amman, Almaty, Islamabad, New Delhi, Riyadh, and Tel Aviv and my role as the "go to" person between CTD and OIO re CT matters. In that capacity, among other things, I was personally responsible for identifying a Saudi Airlines employee whose Al Qaeda application was found when an Al Qaeda training camp in Afghanistan was overrun by US forces. This matter had been of personal interest to President Bush. I have specifically been working on the Shukrijumah matter since it was first brought up in the 0900 CT Watch Meeting last week and was, in fact, the one that energized Legats Bridgetown and Caracas in addressing the El-Shukrijumah leads;

5. I have been involved in numerous fugitive arrests and renditions all over the Eastern Caribbean many of which acquired skill and agility in negotiating diplomatic obstacles to achieve the desired results. During one two week period, for example, I accomplished the rendition of a double homicide fugitive from St. Vincent followed by the arrest and rendition of two of Santa Clara County's Top Ten fugitives from St. Lucia; and

6. While TDY to Legat Manila this past summer I was directly involved in an unprecedented arrest and rendition of four fugitives in 14 days, for of which I received a letter of commendation from the Internal Revenue Service. The total number of fugitive matters I worked on in that 45 day TDY represented about 50% of Legat Manila's total fugitive arrests for 2002.

Your consideration in this matter is appreciated.

SSA Donovan J. Leighton



SECRET



**SECRET**

OIO
3/27/2003 1012 hrs

CC:      Charles Prouty, Roderick Beverly



**SECRET**