**U.S. Department of Justice**

# Complaint of L... crimination

*(see instructions on reve...)*

PRIVACY ACT STATEMENT: 1. AUTHORITY–The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE– This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, religion, sex, age, handicap, or national origin. The signed statement will serve as the record necessary to indicate an

investigation will become part of the complaint file during the investigation; hearing, if any, adjudication; and appeal, if one, to the Equal Employment Commission. 3. EFFECTS OF NON-DISCLOSURE–Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name

*Donovan J. Leighton*

Street Address, RD Number, or Post Office Box Number

*801 15th St. South #1511*

City, State and Zip Code

*Arlington, Virginia 22202*

2. Your Telephone Number *(including area code)*

Home *703-5__-____*
*416-1250*

Work *202-924-2474*

3. Which Department of Justice Office Do You Believe Discriminated Against You? *FBI*

A. Name of Office Which You Believe Discriminated Against You.

*SAMMS BOARD*

B. Street Address of Office

*935 Pennsylvania Ave, N.W.*

C. City, State and Zip Code

*Washington, D.C. 20535-001*

4. Current Work Address *935 Pennsylvania, N.W. Washington, D.C. 20535-0001*

A. Name of Agency Where You Work

*FBI*

B. Street Address of Your Agency *935 Pennsylvania Ave, N.W. Washington, D.C. 20535-0001*

City, State and Zip Code

*Washington, D.C. 20535-0001*

Title and Grade of Your Job

*SSA GS-15*

5. Date on Which Most Recent Alleged Discrimination Took Place

| Month | Day | Year |
|-------|-----|------|
| 5 | 16 | 2002 |

6. Check Below Why You Believe You Were Discriminated Against?

☑ Race or Color *(Give Race or Color)* *African American*    ☐ Handicap ☐ Physical ☐ Mental

☐ Religion *(Give Religion)* _____

☐ Sex *(Give Sex)* ☐ Male ☐ Female

☐ Age *(Give Age)* _____

☐ National Origin *(Give National Origin)* _____

☐ Sexual Harassment

☑ Reprisal    ☐ Other

OFFICE OF E... 2002 NOV 32    RECEIVED

7. Explain how you were discriminated against *(Treated differently from other employees or applicants)* Because of Your Race, Color, Religion, Sex, Age, Handicap, Reprisal, or National Origin *(You may continue your answer on anther sheet of paper if you need more space)*.

*SEE ATTACHED CORRESPONDENCE DATED 11/14/2002.*

8. What Corrective Action Do You Want Taken on Your Complaint?

*COMPENSATORY DAMAGES & OTHER APPROPRIATE RELIEF.*

9. A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
DATE OF FIRST CONTACT:      DATE OF LAST INTERVIEW:

| 10 | 11 | 2002 | 11 | 21 | 2002 |

B. Name of Counselor:

*LISA OWENS*

☐ I have not Contacted an EEO Counselor

10. Date of This Complaint:

| Month | Day | Year |
|-------|-----|------|
| 11 | 25 | 2002 |

11. Sign Your (Complainant's) Name Here:

*Donovan J. Leighton*

11/25/02

EXHIBIT
B
CA 05-1835

ALL FBI INFORMATION CONTAINED HEREIN IS UNCLASSIFIED
DATE 8-24-2005...

October 11, 2002

Ms. Veronica Venture
Chief Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535 - 0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 8-24-2004 BY 60267 UC/NLSYBAWYOo

Dear Ms. Venture:

On September 10, 2002, I met with Special Agent (SA) Stephen L. Morris, who is on a temporary duty assignment with the Executive Development & Selection Program, in order to obtain feedback relative to several positions I have applied for including participation in the Forty-fifth Session of the Department Of State (DOS) Senior Seminar.[1] At that time SA Morris advised me that I was not selected for participation in this course because the Special Agent Mid-level Management Selection (SAMMS) Board[2] determined that the seminar was intended to be an "introductory course" for managers with no previous Legal Attache experience. I was, therefore, deselected because I have extensive international experience including three years service as Legat-Bridgetown. SA Morris further advised me that aspects of the 2000 Legat-Bridgetown inspection were introduced in an out-of-context fashion to support the proposition that I had demonstrated "performance problems" while serving as Legat-Bridgetown.

I believe that the SAMMS Board's actions in this matter constituted discrimination based on race and retaliation for protected activities under Title VII, particularly for my involvement as a named plaintiff in Johnson v. Reno (93-0206) TFH, United States District Court for the District of Columbia. I believe that the theory offered by the SAMMS Board to justify my deselection that the Senior Seminar was a wholly previously unannounced selection criterion and a pretext for a discriminatory and retaliatory personnel action. The Senior Seminar is described as "the most senior diplomatic readiness related training offered by the U.S. Government" whose participants "must have the experience and intellectual capacity to illuminate class discussions on domestic and foreign policy (emphasis added)." I note that recent Senior Seminar participants have included a former Legal Attache and former Assistant Legal

---

[1] A copy of an EC, dated February 7, 2002, describing the DOS Senior Seminar is attached.

[2] The SAMMS Board in question was constituted by Assistant Director Sheri A. Farrar, Administrative Services Division; Deputy Assistant Director (DAD) Ronald Dick, National Infrastructure Protection Center; DAD Francis A. Gallagher, Criminal Investigative Division; Inspector-DAD Thomas Bernard Locke, Inspection Division; Special Agent in Charge (SAC) William D. Gore, San Diego Division; and SAC Chris Swecker, Charlotte Division.

Attache. I further understand that I was the top ranked candidate for the Senior Seminar by the Office of International Operations Career Board which is most knowledgeable concerning the purpose of the Senior Seminar.

I believe that the interjection of the 2000 Legat Bridgetown's inspection findings also had a discriminatory purpose and effect in that the Inspection Division representative knew, or reasonably should have known, that key aspects of those findings were dramatically discredited virtually as soon as they were formulated.

I believe that the SAMMS Board's action in this matter was but the latest in a continuing series of Title VII violations which are unconscionable, involving an agency of the Department Of Justice, made all the more reprehensible as they occurred after September 11, 2001, when it should have been expected that institutionalized discrimination in the Federal Bureau of Investigation would have been abandoned in the interest of national unity.

I believe that appropriate remedies should include:

1. That I be given the right of first refusal for participation in a future session of the Senior Seminar or the cost of such course participation; and

2. That the 2000 Legat Inspection findings be barred from use in any future personnel actions relating to myself.

Your attention to this matter is very much appreciated.

Very truly yours,

Donovan J. Leighton
Supervisory Special Agent

## NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

SUBJECT:           NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

FROM:              EEO Counselor Lisa Owens DATE: 11|20|02

TO:                Donavan Leighton
                   (Name of Person Counseled)

This is to inform you that because the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, sexual orientation and/or reprisal. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 calendar days after receipt of this notice.

You will be provided a form (DOJ 201-A) for filing your complaint. If filed by mail, it must be done through the U.S. Post Office Department since the postmark is used to determine the date filed. The internal FBI mailing system is not acceptable. It is preferred that the complaint be filed with the Bureau's Chief, Office of EEO Affairs; however, any of the following officials are authorized to receive discrimination complaints:

Chief, Office of EEO Affairs
Federal Bureau of Investigation
Room 7901
935 Pennsylvania Avenue, Northwest
Washington, D.C. 20535-0001

Black Affairs Program Manager
           or
Federal Women's Program Manager
           or
Hispanic Employment Program Manager
           or
Selective Placement Program Manager
(These individuals are located at the same address as listed above for the FBI's EEO Officer.)

Director
Federal Bureau of Investigation
Room 7176
935 Pennsylvania Avenue, Northwest
Washington, D.C. 20535-0001

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 8-24-2004 BY 60321 UC/NLS/BAW/Db

(Rev. 5/21/98)

Special Agent in Charge
Field Office
Field Office Address

Director, Equal Employment Opportunity
(Assistant Attorney General for Administration)
U.S. Department of Justice
10th & Constitution Avenue, Northwest
Washington, D.C. 20530

If you file your complaint with any of the above FBI officials (other than the EEO Officer), it will be sent to the EEO Office for processing. Also, if you choose to file your complaint with any of the other officials listed above, be sure to provide a copy of your complaint to the EEO Office to ensure prompt processing.

In addition, if you file your complaint or a copy of same with the Department of Justice (DOJ), ensure that you carefully review and comply with the instructions regarding the dissemination of complaint material as contained in the Prohibited Communications form furnished you. This is necessary since not all employees of the DOJ have top secret clearances. It should be emphasized that a complainant may not wittingly or unwittingly disclose sensitive/classified information to individuals/agencies not having the appropriate security clearance to receive such information. To avoid inadvertent disclosure of sensitive or classified information that may be contained with the filing of a complaint form, it is suggested that all FBI employees file their complaints with the FBI's Chief, Office of EEO Affairs.

**The complaint must be specific and encompass only those matters discussed with me.** If you retain an attorney or any other person to represent you, you and your representative must immediately notify the Chief, Office of EEO Affairs, in writing. You and/or your representative will receive a written notice of receipt of your discrimination complaint. Regarding your contacts with your representative, ensure you comply with instructions in the Prohibited Communications form.

(Rev. 5/21/98)

## EXTENSION OF COUNSELING DEADLINE

It has been determined that it will not be possible to complete the necessary Equal Employment Opportunity (EEO) precomplaint counseling in this matter within the required 30 days. However, it has been mutually agreed upon by both the aggrieved individual and the EEO Counselor (on behalf of the FBI's Office of EEO Affairs), that an extension of the 30-day deadline of 11/15/02 will be made for up to 60 additional days, providing a maximum of 90 days for the entire precomplaint counseling process.

It is also agreed that both the aggrieved person and the EEO Counselor, whose signatures are set forth below, will complete this counseling process as expeditiously as possible. The maximum possible extension (60 days) of this precomplaint counseling phase will conclude on 12/15/02, at which time a Notice of Right to File a Complaint will be furnished to the aggrieved.


_(Signature of Aggrieved)_                    11/20/2002
                                              _(Date)_


_(Signature of Counselor)_                    11/20/02
                                              _(Date)_


**PRIOR APPROVAL OF THE FBI'S OFFICE OF EEO AFFAIRS WAS OBTAINED FOR THIS EXTENSION BY THE EEO COUNSELOR.**


Approved by Janice Famous

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 6-24-2004 BY 60367 UC/NLS/BAW/DD

(Rev. 6/3/96)

## ANONYMITY STATEMENT

1) I recognize that under the applicable EEO laws and regulations, I have the right to remain anonymous during the informal pre-complaint counseling stage, i.e., prior to my filing a formal EEO Complaint.

2) I also recognize that in order for the EEO Counselor to more effectively attempt to resolve the matters about which I have complained in this informal counseling stage, I will have to waive my right to anonymity and authorize the EEO Counselor to discuss my complaint with those she/he determines to be appropriate to the resolution of my complaint.

3) I further understand that my failure to waive my right to anonymity may hinder the EEO Counselor's ability to fully develop the facts regarding my complaint. This might, in turn, reduce how effective the EEO Counselor can be in resolving my complaint.

4) I have considered the above and hereby choose to exercise my rights as follows (Initial one):

   a) I waive my right to anonymity. _____✓_____

   b) I do not waive my right to anonymity. _____

_____          11/22/2002
Aggrieved Person                 Date

_____          11/25/02
Witness/EEO Counselor            Date

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 8-24-2004 BY 60267 UC/NLS/BAW/DD

(Rev. 5/28/96)



7001 2510 0003 0939 3760

MR. DONOVAN T. LEIGHTON
801 15TH ST. SOUTH APT #1511.
ARLINGTON, VIRGINIA 22202

FIRST CLASS

OFFICE, OFFICE OF EEO AFFAIRS
FEDERAL BUREAU OF INVESTIGATION
ROOM 7901
935 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20535-0001

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED
NOVEMBER 2002

Mail Services #443

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 8-24-2004 BY 60147 UC/NS/BAW/00