December 19, 2002


Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
FBIHQ
Washington, D.C.


Dear Ms. Venture:

Reference my conversation with Ms. Lisa Owens dated December 17, 2002.

On referenced date I sought counseling from Ms. Owens concerning my non-selection for Legal Attache at Legat Manila. Following that meeting I became aware of other facts which I believe are relevant to my complaint. They are as follows:

Some time in November, 2002 my former supervisor, Supervisory Special Agent (SSA) Cary Gleicher, told me that he wanted to recommend me for an incentive award and requested that I provide him with a write up of my accomplishments during the previous year to support the recommendation for the award. I provided him with a three page narrative a copy of which is attached. On December 18, 2002, I learned that other Office of International Operations (OIO) employees had received their awards which indicated that mine was never processed. Based on other facts known to me in connection with my non-selection for the Legat Manila position, this suggested to me that the incentive award recommendation may not have been approved by OIO Special Agent in Charge Roderick L. Beverly because the incontrovertible facts related in it would have contradicted information he provided to the Special Agent Middle Management Selection Board in connection with the Legat Manila selection.

It would be very be appreciated if you could examine the above facts in connection with the complaint I related to Ms. Owens.


Very truly yours,


Donovan J. Leighton
Supervisory Special Agent



**EXHIBIT**
E
CA 05-1835