

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

JAN 2 0 2003

CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA  22202

    RE: DONOVAN J. LEIGHTON AND
        JOHN D. ASHCROFT, ATTORNEY GENERAL
        U. S. DEPARTMENT OF JUSTICE
        COMPLAINT OF DISCRIMINATION
        BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
        FILE NUMBER: F-03-5733
        FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

    The purpose of this letter is to advise you that the processing of your Equal Employment Opportunity (EEO) complaint has begun and to provide you written notification of your rights, as well as the time requirement for exercising those rights. Furthermore, enclosed for your records is a redacted copy of the report of counseling. This document was reviewed by the Civil Discovery Review Unit, Office of the General Counsel, for privileged and/or sensitive information and redactions were necessary in the report of counseling. An investigation will be conducted as the next step in the processing of your complaint. If you have any further questions concerning this phase or the information which follows, you may contact Supervisory Special Agent Maximo M. DeLancer or EEO Specialist Barry K. Ward of my staff at FBI Headquarters, Washington, D.C., telephone number (202) 324-4128.

    Accepted for investigation are the following allegations:

        Whether you were discriminated against based on your race (African American) and reprisal when:

        1) on or about September 10, 2002, you learned that you were not selected to attend the 45th Session of the Senior Seminar, Foreign Service Institute, Department of State; and

        2) on or about December 18, 2002, you were not presented with an incentive award.



Mr. Donovan J. Leighton

If you believe that the bases in your complaint or your allegations have not been properly identified, please notify me in writing, within 15 calendar days after your receipt of this letter, specifying the reasons for your belief.

Upon completion of the investigation, you will receive a copy of the investigative report. At the time you are furnished a copy of the investigative report, you will also be notified of your right to request either:

  (1) a hearing before an Administrative Judge of the Equal Employment Opportunity Commission (EEOC) who will issue a decision on the complaint, or

  (2) a final decision by the Department of Justice (DOJ) without a hearing.

You will be required to notify me in writing within 30 calendar days of your receipt of the above notification letter as to how you wish to proceed. Absent a response from you within this 30-day period of time, your complaint will be forwarded to the Complaint Adjudication Officer of the DOJ for a final agency decision. You may also appeal this decision to the EEOC, within 30 days of receipt of the final decision. If the investigative report has not been completed and provided to you by May 24, 2003, or by any extension you agree to, you have the right to request from the EEOC office identified in my letter dated December 9, 2002 the administrative hearing referred to above.

You also have the right to file a civil action in an appropriate United States District Court:

  within 90 days of receipt of a final action on an individual or class complaint if no appeal has been filed;

  after 180 days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

  within 90 days of receipt of the Commission's final decision on an appeal; or

  after 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

2

Mr. Donovan J. Leighton

    For your additional information, I must inform you of your obligation to notify the FBI's Office of Equal Employment Opportunity Affairs (OEEOA) of any change of address. Federal regulations state that the head of the agency or his/her designee may dismiss a complaint because of failure of the complainant to cooperate in the processing of the complaint. Failure to notify the OEEOA of a change in your address could result in dismissal of your complaint. In addition, you should notify the OEEOA if you obtain legal representation, and provide the name, address and telephone number of that representative.

    Finally, you are advised that pursuant to 29 C.F.R. § 1614.108(e), the investigation may be extended an additional 90 days beyond the 180-day deadline, if you agree to such in writing. The FBI may, however, unilaterally extend the time period, or any period of extension, for not more than 30 days to sanitize the completed investigative report.

    You are reminded that any material from these documents or from any future documents in this matter, which is sensitive and/or classified, should not be discussed with anyone outside the FBI. Should you find it necessary to disseminate such information in the furtherance of your EEO complaint, such as to a representative who is not currently in possession of a security clearance, you are required to limit that dissemination and discussion to the redacted material furnished to you until appropriate clearances have been secured. Questions regarding these matters can be discussed with the Specialist in my office processing your complaint.

                      Sincerely yours,

                        Veronica Venture
                        Equal Employment Opportunity
                           Officer


                By:   Joyce M. Atkins
                     Assistant Equal Employment
                        Opportunity Officer

Enclosure

1/3/2003

Mr. Ward:

Attached is a copy of an article which was featured on the FBI Intranet regarding a series of unprecedented arrests and renditions I was involved in while on temporary duty in Manila. I think they it has relevance to my complaint concerning the Legat Manila selection.

D.J. Leighton
X2474

280A-HQ-1406278- 18



**FBI INTRANET**

Security Tip | Search | Site Map | E-Mail | Feedback | Legal Notice | Contact | User Tips

### Directory

Enter Name:
(Last First Middle)

[Find] [Clear]

- About Us
- Advisory Groups
- Announcements
- Applications
- Career Development
- Field Offices
- Headquarters
- Information Technology
- Legats
- News
- Programs
- Resources
- Training
- Webs

Please send home page news requests via GroupWise to FBI INTRANET NEWS

Page Updated:
05 Jun 2002 12:32:59 PM

### Thursday, June 6, 2002

#### SPECIAL ASSISTANT TO THE DIRECTOR APPOINTED

On 06/04/02, Director Mueller announced the appointment of **W. Wilson Lowery, Jr.** as Special Assistant to the Director to oversee the FBI reorganization and re-engineering initiatives.

#### ATTORNEY GENERAL ANNOUNCES REVISED GUIDELINES

On 05/30/02, **AG Ashcroft** announced at a press conference immediate revisions to DOJ's investigative guidelines. **Director Mueller** attended the press conference and said the **revised guidelines** were important steps to "help remove unneccesary bureaucratic obstacles to the effective investigation of terrorist cases," the FBI would continue to "rigorously conform to constitutional and statutory protections in the conduct of our investigations."

#### ANNOUNCEMENT ON PENTTBOMB AWARD NOMINATIONS

ASD has announced that due to the large volume of PENTTBOMB award requests that are being submitted through the Incentive Awards Program, it would be too cost prohibitive to fund awards for all those who have participated in the immediate response to 9/11. See **05/31/02 EC.**

#### DIRECTOR DETAILS FBI REORGANIZATION

On 05/29/02, Director Mueller held a **press briefing** at FBIHQ with the Attorney General to discuss the reorganization of the Bureau. Check out the **transcript** and **additional details** of the reorganization.

#### STATEMENT FROM DIRECTOR ON MOUSSAOUI CASE

On 05/23/02, Director Mueller released a **statement** on the Moussaoui investigation in response to press inquiries.

**SECURITY TIP OF THE DAY:** Top Secret material must be destroyed in a shredder or disintegrator.

### Breaking News

SIOC DAILY NEWS CLIPS

Gambino Family Members Indicted

Security Agencies To Undergo Congressional Intelligence Inquiry

Inter-American States Sign Cooperation Agreement Against Terrorism

Transcripts of Director Mueller's Interviews On *Meet The Press* and *Face The Nation*

Legat Manila Yields Unprecedented Apprehensions

Ex-FBI Agent Convicted

Threats on NYC Landmarks

FBI INTELLIGENCE BULLETIN - 6/5/02

### TRILOGY

### Bureau Business

Junior Special Agent Graduation

Student Loan Repayments for Recruitment

Overtime Compensation

Probationary Period for Initial Assignment to Supervisory Positions

SF-278 -- Public Financial Disclosure Reports

Spotlight On: KC SA & Drug-Tampering Case

Open Season for Savings Bonds

Military Reserve Information

New Division Intranet Sites

Retirements Received in 04/2002

06/2002 Anniversaries

| Print | Close |

### Legat Manila Yields Unprecedented Apprehensions

During a two-week period from 05/16 through 05/29/02, Legat Manila's liaison and investigative efforts yielded an unprecedented four apprehensions and returns to U.S. jurisdiction of highly sought fugitives. On May 16, Jeffrey Alan Pollinger was arrested and charged with six counts of lewd acts upon a child. On May 17, Rolando Vizcarra-Medina was arrested and charged with second degree murder and first degree theft in connection with a 1993 murder. On May 24, Frederick Joseph Carrier was arrested and charged with money laundering conspiracy. On May 28, Douglas William Ryan, a fugitive sought by Legat Manila since 1995, was arrested. Summary deportation orders were issued for all four individuals. They were escorted to Guam and turned over to the Guam Department of Corrections.

| Print | Close |