February 4, 2003

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
FBIHQ
Washington, D.C.

      Re:    DONOVAN J. LEIGHTON AND
             JOHN D. ASHCROFT, ATTORNEY GENERAL
             U. S. DEPARTMENT OF JUSTICE
             COMPLAINT OF DISCRIMINATION
             BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
             FILE NUMBER: F-03-5733
             FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Ms. Venture:

      Reference your correspondence dated January 28, 2003, and my conversation with Mr. Barry Ward of your office, dated February 4, 2003.

      Please address in connection with the above referenced matter my non-selection for Legal Attache Manila. I timely sought counseling from Ms. Lisa Owens on December 17, 2002 regarding this non-selection which I believe is integrally involved in the two allegations which have already been accepted for investigation. Attached is my correspondence to you, dated December 19, 2003, in which I referenced my meeting with Ms. Owens concerning the non-selection for Legal Attache Manila.

      Thank you.

                                          Very truly yours,

                                          Donovan J. Leighton
                                          Supervisory Special Agent

EXHIBIT H
CA 05-1835