

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

FEB 13 2003
CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA  22202

> RE:  DONOVAN J. LEIGHTON AND
> JOHN D. ASHCROFT, ATTORNEY GENERAL
> U. S. DEPARTMENT OF JUSTICE
> COMPLAINT OF DISCRIMINATION
> BASES:  RACE (AFRICAN AMERICAN) AND REPRISAL
> FILE NUMBER:  F-03-5733
> FILED:  NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

     Reference is made to your letters dated December 19, 2003 and February 4, 2003, and a telephone conversation between you and Equal Employment Specialist (EES) Barry K. Ward on February 10, 2003.

     In your letter dated February 4th you requested that consideration be given to accepting for investigation your non-selection for the position of Legal Attache, Legat Manilla.  In a subsequent telephone conversation with EES Ward, you advised that you learned of your non-selection on or about December 17, 2002.

     I have decided to accept the following additional issue:

> Whether you were discriminated against based on your race (African American) and reprisal when
>
> (3) on or about December 17, 2002 , you were not selected for the position of Legal Attache, Legat Manilla.



EXHIBIT

I

CA 05-1835

Mr. Donovan J. Leighton


        Should you have any further questions, please feel free
to contact Equal Employment Specialist Barry K. Ward at (202)
324-2818

                                   Sincerely yours,

                                   Veronica Venture
                                   Equal Employment Opportunity
                                     Officer



                        By:   Joyce M. Atkins
                              Assistant Equal Employment
                                Opportunity Officer