

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

**APR 7 2003**

CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA  22202

    RE:  DONOVAN J. LEIGHTON AND
          JOHN D. ASHCROFT, ATTORNEY GENERAL
          U. S. DEPARTMENT OF JUSTICE
          COMPLAINT OF DISCRIMINATION
          BASES:  RACE (AFRICAN AMERICAN) AND REPRISAL
          FILE NUMBER:  F-03-5733
          FILED:  NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

      Reference is made to your letter dated February 4, 2003.

      In your letter you requested that consideration be given to accepting for investigation the denial by the Office of International Operations of your request to participate in a top priority investigation.

      I have decided to accept the following additional issue:

      Whether you were discriminated against based on your race (African American) and reprisal when:

      (4) on or about March 28, 2003, you were denied the opportunity to participate in a top priority investigation.

      Should you have any further questions, please feel free to contact Equal Employment Specialist Barry K. Ward at (202) 324-2818

                                Sincerely yours,

                                Veronica Venture
                                Equal Employment Opportunity
                                  Officer

                    By:  Joyce M. Atkins
                         Assistant Equal Employment
                           Opportunity Officer

EXHIBIT J
CA 05-1835

April 18, 2003

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
FBIHQ
Washington, D.C.

      Re:    DONOVAN J. LEIGHTON AND
               JOHN D. ASHCROFT, ATTORNEY GENERAL
               U.S. DEPARTMENT OF JUSTICE
               COMPLAINT OF DISCRIMINATION
               BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
               FILE NUMBER: F-03-5733

Dear Ms. Venture:

       It would be appreciated if you could address another instance of apparent discrimination related to captioned matter. Specifically, that on April 1, 2003, I was subjected to a malicious direct management referral to the Employee Assistance Program by Section Chief Michael Pyszcymuka and Supervisory Special Agents Sandra Fowler and Walter Smith, ostensibly for anger management, but actually in retaliation for writing an e-mail protesting, among other things, racially disparate treatment of Office of International Operations employees.

                                   Very truly yours,

                                     Donovan J. Leighton
                                   Supervisory Special Agent

280A-HQ-1406278-22



EXHIBIT
K
CA 05-1835