April 18, 2003

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
FBIHQ
Washington, D.C.

Re:    DONOVAN J. LEIGHTON AND
       JOHN D. ASHCROFT, ATTORNEY GENERAL
       U.S. DEPARTMENT OF JUSTICE
       COMPLAINT OF DISCRIMINATION
       BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
       FILE NUMBER: F-03-5733

Dear Ms. Venture:

It would be appreciated if you could address another instance of apparent discrimination related to captioned matter. Specifically, that on April 1, 2003, I was subjected to a malicious direct management referral to the Employee Assistance Program by Section Chief Michael Pyszcymuka and Supervisory Special Agents Sandra Fowler and Walter Smith, ostensibly for anger management, but actually in retaliation for writing an e-mail protesting, among other things, racially disparate treatment of Office of International Operations employees.

Very truly yours,

Donovan J. Leighton
Supervisory Special Agent

260A -HQ- 1406278- 22

EXHIBIT
K
CA 05- 1835