

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

**MAY 6 2003**
CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA 22202

      RE:  DONOVAN J. LEIGHTON AND
            JOHN D. ASHCROFT, ATTORNEY GENERAL
            U. S. DEPARTMENT OF JUSTICE
            COMPLAINT OF DISCRIMINATION
            BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
            FILE NUMBER: F-03-5733
            FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

     Reference is made to your letter dated April 18, 2003.

     In your letter you requested that consideration be given to accepting for investigation your direct management referral to the Employee Assistance Program for anger management.

     Accepted for investigation is the following additional issue:

     Whether you were discriminated against based on your race (African American) and reprisal when:

     (4) on or about April 1, 2003, you were the subject of a direct management referral to the Employee Assistance Program for anger management. It is your belief that this referral was in retaliation for an e-mail you wrote protesting racially disparate treatment in the Office of International Operations.



EXHIBIT
L
CA 05-1835

Mr. Donovan J. Leighton

    Should you have any further questions, please feel free to contact Equal Employment Specialist Barry K. Ward at (202) 324-2818

                              Sincerely yours,

                              Veronica Venture
                              Equal Employment Opportunity
                                Officer