June 3, 2003

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
Federal Bureau of Investigation Headquarters
Washington, D.C.

        Re:    DONOVAN J. LEIGHTON AND
              JOHN D. ASHCROFT, ATTORNEY GENERAL
              U.S. DEPARTMENT OF JUSTICE
              COMPLAINT OF DISCRIMINATION
              BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
              FILE NUMBER: F-03-5733
              FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Ms. Venture:

       It would be appreciated if you could address a further instance of apparent discrimination and reprisal related to captioned matter. Specifically, that Office of International Operations management redacted information from an incentive award recommendation which they knew, or reasonably should have known, was relevant to referenced matter and did so for the purpose of obstructing the investigation of referenced matter.

       Thank you.

                                      Very truly yours,

                                    Donovan J. Leighton
                                    Supervisory Special Agent

*2*
*2FOA-HQ-1406278-27*


EXHIBIT M
CA 05-1835