June 24, 2003

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
Federal Bureau of Investigation Headquarters
Washington, D.C.

        Re:    DONOVAN J. LEIGHTON AND
                  JOHN D. ASHCROFT, ATTORNEY GENERAL
                  U.S. DEPARTMENT OF JUSTICE
                  COMPLAINT OF DISCRIMINATION
                  BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
                  FILE NUMBER: F-03-5733
                  FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Ms. Venture:

        It would be appreciated if you could address a further instance of apparent discrimination and reprisal related to captioned matter. Specifically, that, in connection with my consideration for the position of Assistant Special Agent in Charge, San Francisco Division (JPA # 20030322), Special Agent in Charge (SAC) Mark J. Mershon made inaccurate and prejudicial remarks to the Career Board concerning his interview of me which resulted in my non-selection for the position while omitting highly relevant information which would have militated in favor of my selection. This information was brought to my attention by Supervisory Special Agent Janet Kammerman, Executive Development & Selection Program, on May 20, 2003.

        Specifically, SAC Mershon made the inaccurate and prejudicial comment that during the interview I had "demonstrated less than sensitivity to the inter-personal aspects of a leader responsible for the productivity and morale of a well populated branch of a large division, though not to the point of indifference."

        Additionally, SAC Mershon conspicuously omitted any reference to information I had brought to his attention during the interview relating to lucrative long term liaison relationships, of direct relevance to the captioned position, with the Sheriff of Alemeda County, the Special Agent In Charge of the San Francisco Office of the California Bureau of Narcotics Enforcement, and Chief of the Novato Police Department, as well my prior employment with three major law enforcement agencies within the San Francisco Division to include the Alemeda County District Attorney's Office, the Berkeley Police Department, and the Oakland Police Department.



Your anticipated assistance in this matter is very much appreciated.

Very truly yours,

Donovan J. Leighton
Supervisory Special Agent