

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

## JUL  1 2003
CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA  22202

      RE:  DONOVAN J. LEIGHTON AND
           JOHN D. ASHCROFT, ATTORNEY GENERAL
           U. S. DEPARTMENT OF JUSTICE
           COMPLAINT OF DISCRIMINATION
           BASES:  RACE (AFRICAN AMERICAN) AND REPRISAL
           FILE NUMBER:  F-03-5733
           FILED:  NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

      Reference is made to your letters dated June 3, 2003,
and June 24, 2003, and a telephone conversation with Equal
Employment Specialist (EES) Barry K. Ward on June 18, 2003.

      In your June 3rd letter you requested that
consideration be given to accept for investigation an allegation
concerning the Office of International Operations (OIO) redaction
of information from a incentive award recommendation.  In the
referenced telephone conversation, you informed EES Ward that you
had learned that the OIO management had taken information
provided by you for an incentive award recommendation and
intentionally not included relevant information in the final
recommendation to the Performance Recognition and Awards Unit,
Administrative Services Division.

      This allegation is not being accepted as an additional
issue for investigation.  The information you presented is not a
new and separate issue, but is evidence concerning issue number
two in my letter to you, dated January 28, 2003, i.e., that you
were not presented with an incentive award.  This information
will be provided to the investigator assigned to your complaint.



EXHIBIT

CA 05-1835

Mr. Donovan J. Leighton

In your June 24th letter you requested consideration be given to accept for investigation your non-selection for the position of Assistant Special Agent in Charge, San Francisco Division. However, your letter failed to indicate how you believed that this non-selection and the comments made by the Special Agent in Charge (SAC), San Francisco, were like or related to the captioned complaint.

On June 27, 2003, EES Ward e-mailed you and requested that you clarify how the comments by the SAC related to the captioned complaint. You responded by e-mail that it is your belief that the SAC's comments were because of your participation in the BADGE class action, not the captioned matter. Accordingly, this non-selection is considered a separate and distinct claim of discrimination and cannot be amended to the current complaint.

If you wish to pursue this matter, you should immediately seek pre-complaint counseling with the EEO Counselor of your choice. The date of your letter, June 24, 2003, will be considered the first contact date. Once you have completed precomplaint counseling, you may pursue this matter by filing a formal complaint.

In addition, Federal Regulations at 29 C.F.R. § 1614.106(e)(2) state as follows:

> The agency is required to conduct an impartial and appropriate investigation of the complaint within 180 days of the filing of the complaint unless the parties agree in writing to extend the time period. When a complaint has been amended, the agency shall complete its investigation within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint, except that the complainant may request a hearing from an administrative judge on the consolidated complaints any time after 180 days from the date of the first filed complaint.

Inasmuch as you have amended your complaint by letters dated February 4, 2003 and April 18, 2003, the OEEOA will now be required to complete the investigation into your complaint by November 20, 2003.

Mr. Donovan J. Leighton

      Should you have any further questions, please feel free to contact Equal Employment Specialist Barry K. Ward at (202) 324-2818

                               Sincerely yours,


                               Veronica Venture
                               Equal Employment Opportunity
                                 Officer

1 - SSA Dean Lauffer, EEO Investigator