Complaint Adjudication Office

Agency Complaint Number F-04-5820

950 Pennsylvania Avenue, N.W., Suite 5300
Washington, DC 20530

MAY 11 2005

Mr. Donovan J. Leighton
801 15th Street, South #1511
Arlington, VA 22202

Dear Mr. Leighton:

    This is in regard to your equal employment opportunity complaint which was filed against the Federal Bureau of Investigation on November 13, 2003. The record relating to your complaint was received in the Complaint Adjudication Office on May 11, 2005, and is among a number of other cases pending review at this time. A final Decision on your complaint will be rendered as soon as possible. If you have any additional information or memorandum that you wish to submit, please send it to the above address, with a copy to the EEO Officer. Due to new mail security procedures which were implemented to safeguard against terrorist threats, routine mailings now take a considerable time to reach our office. Therefore, we highly encourage you to fax any submissions at 202-514-0655 or send them through Federal Express. If you plan to use Federal Express, please contact this office by telephone at 202-514-0545 for our direct mailing address.

    It is very important to notify this office if you settle your complaint with the Federal Bureau of Investigation or take action in federal district court on the same issues raised in your EEO complaint. Also notify this office in the event that you move to a different address. All notification should be in writing, and should be sent to:

        U.S. Department of Justice
        10th and Constitution Avenue, N.W.
        Civil Rights Division
        Patrick Henry Building, Suite 5300
        Mark L. Gross
        Complaint Adjudication Office
        Washington, D.C. 20530
        Telephone No.: 202-514-0545

RECEIVED 2005 MAY 25 P 1:31 OFFICE OF EEO AFFAIRS

280A-HQ-1443524-28



EXHIBIT
P
CA 05-1835

-2-

Failure to do so could result in a cancellation of your complaint.

                          Sincerely,

                          Mark L. Gross
                          Complaint Adjudication Officer

cc: Veronica Venture

# Memorandum 

| | | | |
|---|---|---|---|
| To | : | Mr. Mark Gross<br>Complaint Adjudication Officer | Date  MAY 0 9 2005 |
| From | : | Veronica Venture<br>Equal Employment Opportunity Officer | |
| Subject | : | DONOVAN J. LEIGHTON AND<br>ALBERTO R. GONZALES, ATTORNEY GENERAL<br>U. S. DEPARTMENT OF JUSTICE<br>COMPLAINT OF DISCRIMINATION<br>BASED ON RACE (BLACK), DISABILITY (MENTAL)<br>  AND REPRISAL<br>FILE NUMBER: F-04-5820<br>FILED: NOVEMBER 13, 2003 (RECEIVED IN EEO) | |

ACTION MEMORANDUM

By letter dated April 28, 2005, captioned individual advised the FBI's Office of Equal Employment Opportunity Affairs that he preferred that his case be forwarded to the agency for a final decision.

Enclosed are copies of the correspondence and investigative files to assist you in making your decision.

Please return the files to my office upon issuance of your decision. If you have any questions, please feel free to contact EEO Specialist Barry K. Ward, telephone number (202) 324-2818.

Enclosures (2)

BKW:bkw (2)       280A-HQ- 1443524- 26

1 - 280A-HQ-1443524

Dep. Director
EAD-Adm.
EAD-CT/CI
EAD-Crim
EAD-Intell.
EAD-LES
Asst. Dir :
Adm. Serv.
CJIS
Ctrintell.
Cnterrorism
Crim. Inv.
Cyber
Finance
Info. Res.
Inspection
Inv. Tech.
Laboratory
Off. of Cong. Aff's.
Off. of the Gen. Coun.
Off of Intell.
Off. Pub. Aff's.
Off. of Prof. Resp.
Rec. Mgmt
Security
Training
Off. of EEOA       MAIL ROOM