

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

NOV 24 2004
CERTIFIED

Mr. Donovan J. Leighton
801 15th Street South #1511
Arlington, VA  22202

    RE:  DONOVAN J. LEIGHTON AND
         JOHN D. ASHCROFT, ATTORNEY GENERAL
         U. S. DEPARTMENT OF JUSTICE
         COMPLAINT OF DISCRIMINATION
         BASES:  RACE (AFRICAN AMERICAN) AND REPRISAL
         FILE NUMBER:  F-03-5733
         FILED:  NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

      Reference is made to my letter to you dated December 9, 2002, acknowledging receipt of your complaint. Reference is also made to my letter to you dated January 28, 2003, advising that an investigation of your complaint was being initiated.

      The investigation has been completed and enclosed is a redacted copy of the Investigative Report for your information. This report has been reviewed for privileged and/or classified information, by the Civil Discovery Review Unit, Office of the General Counsel, prior to forwarding it to you and redactions were necessary. Should you recognize the substance of the material which has been redacted, please be aware that you cannot discuss it with anyone outside the FBI inasmuch as it has been determined to be of a sensitive or classified nature.

      If, after a review of the Investigative Report, you still believe that you have been a victim of discrimination, you may:

        (1)  Request a hearing before an Administrative Judge (AJ) of the Equal Employment Opportunity Commission (EEOC);

or

        (2)  Request a final decision by the Department of Justice (DOJ) without a hearing.


EXHIBIT Q
CA 05-1835

Mr. Donovan J. Leighton

      To elect a hearing before an AJ of the EEOC, you must submit a written request, within 30 calendar days of your receipt of this letter, directly to the EEOC office indicated in my referenced letter to you dated December 9, 2002. A copy of the request for a hearing must also be provided to the Office of Equal Employment Opportunity Affairs (OEEOA). To elect a final decision by the DOJ, you must submit a written request directly to the OEEOA, again within 30 calendar days of your receipt of this letter, to the following address:

> Office of Equal Employment Opportunity Affairs
> Federal Bureau of Investigation
> 935 Pennsylvania Avenue, NW
> Room 7901
> Washington, DC 20535-0001

If you do not make an election between these two procedures within 30 days, pursuant to EEOC regulations your complaint will be forwarded to the DOJ for a final decision.

      If you now believe that you were not subject to discriminatory actions, or you no longer wish to proceed with the processing of your complaint, you may withdraw your discrimination complaint by notifying the OEEOA in writing of your decision.

      If you have any questions regarding the above information, please feel free to contact Equal Employment Specialist Barry K. Ward of my staff at (202) 324-2818.

                                Sincerely yours,

                                Veronica Venture
                                Equal Employment Opportunity
                                    Officer

Enclosure