January 4, 2005

Ms. Veronica Venture
Equal Employment Opportunity Officer
Office of Equal Employment Opportunity Affairs
Federal Bureau of Investigation
Washington, D.C.

RECEIVED
2005 JAN -4 P 3:30
OFFICE OF EEO AFFAIRS

    RE:    DONOVAN J. LEIGHTON AND
            JOHN D. ASHCROFT, ATTORNEY GENERAL
            U. S. DEPARTMENT OF JUSTICE
            COMPLAINT OF DISCRIMINATION
            BASES: RACE (AFRICAN AMERICAN) AND REPRISAL
            FILE NUMBER: F-03-5733
            FILED: NOVEMBER 25, 2002 (POSTMARK)

Dear Mr. Leighton:

       Please refer captioned matter to the Department Of Justice for final decision in conjunction with the Report Of Investigation in connection with File Number F-03-5733 which provides amplifying context.

                               Very truly yours,

                               Donovan J. Leighton

EXHIBIT R
CA 05-1835

Tracia Ward