```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,            )
                                )
        Plaintiff,               )
                                )
    v.                          ) Civil Action No. 05-1835 HHK
                                )
ALBERTO GONZALES,               )
    U.S. Attorney General,      )
                                )
        Defendant.              )
_____)
```

ORDER

UPON CONSIDERATION of the Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, plaintiff's opposition thereto, and the entire record herein, it is on this _____ day of _____, _____ hereby

ORDERED that the defendant's motion should be and hereby is GRANTED; and it is further

ORDERED that the complaint is dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

DONOVAN J. LEIGHTON
11101 Georgia Avenue
Apartment # 263
Wheaton, MD  20902