UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,

  Plaintiff,

v.          Civil Action No. 05-1835 HHK

ALBERTO GONZALES,
 U.S. Attorney General,

  Defendant.

## PRAECIPE

THE CLERK OF COURT will please enter the appearance of Mark B. Sandground, Sr., counsel for the Plaintiff, DONOVAN J. LEIGHTON. Thank you.

           DONOVAN J. LEIGHTON
           By Counsel

SANDGROUND NEW
& LOWINGER, P.C.

_____
Mark B. Sandground, Sr., 5219
DC Bar Number 8025
8000 Towers Crescent Drive, Suite 600
Vienna, Virginia 22182
(703) 761-4200
(703) 761-4249 facsimile
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the __3__ day of January, 2006 a correct copy of the foregoing Praecipe was hand delivered to:

Kenneth L. Wainstein, United States Attorney
R. Craig, Lawrence, Assistant United States Attorpney
W. Mark Nebeker, Assistant United States Attorney, Civil Division
555 4th Street, N.W., Washington, D.C. 20530,
Counsel for Alberto Gonzales, U.S. Attorney General

_____
Mark B. Sandground, Sr.