UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,    *
                                *
      Plaintiff,    *
                                *
v.    *    Civil Action No. 05-1835 HHK
                                *
ALBERTO GONZALES,    *
    U. S. Attorney General,    *
                                *
      Defendant.    *

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff opposes Defendant's Motion for Summary Judgment on the grounds that material issues of both law and fact remained to be addressed.

Respectfully submitted,

SANDGROUND, NEW & LOWINGER, P.C.
By: _____
DC Bar No. 48140
Mark B. Sandground, Sr., Esquire
8000 Towers Crescent Drive, Suite 600
Vienna, VA 22182
703-761-4200
703-761-4249 facsimile
*Co-counsel for Plaintiff*

CHARLES NORMAN SHAFFER, CHARTERED
By: _____
D.C. Bar No. 76117
Charles Norman Shaffer, Esquire
P.O. Box 190
Damascus, Maryland 20872
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of January, 2006 a correct copy of the foregoing Plaintiff's Opposition to Defendant's Motion for Summary Judgment was mailed by first class mail, postage prepaid to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for Alberto Gonzales, U.S. Attorney General.

_____
Mark B. Sandground, Sr., Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| ALBERTO GONZALES, | * | |
| U. S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1. Fed. R. Civ. Proc. 56
2. The record in this case
3. The administrative review of the claims alleged in the Complaint

Respectfully submitted,

SANDGROUND NEW & LOWINGER, P.C.

By: _____

DC Bar No. 48140
Mark B. Sandground, Sr., Esquire
8000 Towers Crescent Drive, Suite 600
Vienna, VA 22182
703-761-4200
703-761-4249 facsimile
*Co-counsel for Plaintiff*


CHARLES NORMAN SHAFFER, CHARTERED

By: _____
D.C. Bar No. 76117
Charles Norman Shaffer, Esquire
P.O. Box 190
Damascus, Maryland 20872
*Co-counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 9th day of January, 2006 a correct copy of the foregoing Plaintiff's Memorandum in Support of Opposition to Defendant's Motion for Summary Judgment was mailed by first class mail, postage prepaid to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for Alberto Gonzales, U.S. Attorney General.

_____
Mark B. Sandground, Sr., Esquire