UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON, *
\*
Plaintiff, *
\*
v. * Civil Action No. 05-1835 HHK
\*
ALBERTO GONZALES, *
U. S. Attorney General, *
\*
Defendant. *

## PRAECIPE

**THE CLERK OF COURT** will please enter the appearance of Charles Norman Shaffer, and Charles Norman Shaffer, Chartered as co counsel for the Plaintiff, **DONOVAN J. LEIGHTON.**

CHARLES NORMAN SHAFFER, CHARTERED

By: _____
D.C. Bar No. 76117
CHARLES NORMAN SHAFFER
P.O. Box 190
Damascus, Maryland 20872

*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th January, 2006 a correct copy of the foregoing Praecipe was mailed by first class mail, postage prepaid to"

Kenneth L. Wainstein, Esquire, United States Attorney
R. Craig Lawrence, Esquire, Assistant United States Attorney
W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division
555 4th Street, N.W. Washington, D.C. 20530
Counsel for Alberto Gonzales, U.S. Attorney General

_____
CHARLES NORMAN SHAFFER