UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,     *
                                     *
       Plaintiff,     *
                                     *
v.     *     Civil Action No. 05-1835 HHK
                                     *
ALBERTO GONZALES,     *
    U. S. Attorney General,     *
                                     *
       Defendant.     *

## AMENDED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISMISSAL AND MOTION TO STRIKE

Plaintiff, Donovan Leighton, by and through his counsel, hereby furnishes his opposition to a motion filed by the government and for his amended opposition, states as follows:

Paragraph 20, 21 and 22 of the Bill of Complaint filed herein relates to Plaintiff's claim that he was racially discriminated against by virtue of his non-selection for Legat Manila ("Legal Manila claim").

In the Legat Manila claims (paragraph 20, 21 and 22), I incorporated by reference in Counts III, IV and V in the Bill of Complaint and as to those counts, Plaintiff has raised a factual dispute as to whether they are time-barred.

(In paragraph 20, 21 and 22 of the Bill of Complaint, they are also incorporated by reference in Count I and II "pattern and practice" claims that Plaintiff concedes that he has no standing to bring, except as a class-action, which is now alleged. Accordingly, Plaintiff abandons Count I and II, except for Legal Manila claim incorporated in Counts III, IV and V.

Therefore, Plaintiff respectfully requests that this Honorable Court enter an Order denying the Government's motions for dismissal, summary judgment and a motion to strike;

And for such further relief as to this Honorable Court, shall be deemed just and proper.

Respectfully submitted,

SANDGROUND NEW & LOWINGER, P.C.

By: _____
DC Bar No. 48140
Mark B. Sandground, Sr., Esquire
8000 Towers Crescent Drive, Suite 600
Vienna, VA 22182
703-761-4200
703-761-4249 facsimile
*Co-counsel for Plaintiff*

CHARLES NORMAN SHAFFER, CHARTERED

By: _____
D.C. Bar No. 76117
Charles Norman Shaffer, Esquire
P.O. Box 190
Damascus, Maryland 20872
*Co-counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 17 day of January, 2006 a correct copy of the foregoing Amended Opposition To Motion For Summary Judgment, Motion For Dismissal And Motion To Strike was mailed by first class mail, postage prepaid to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and W. Mark Nebeker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for Alberto Gonzales, U.S. Attorney General.

_____
Mark B. Sandground, Sr., Esquire