UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONOVAN J. LEIGHTON,**<br><br>          Plaintiff,<br><br>     v.<br><br>**ALBERTO GONZALES,**<br><br>          Defendant. | Civil Action 05-01835 (HHK) |

## ORDER

Today, February 2, 2006, plaintiff's counsel caused to be filed an affidavit (#14) that was not accompanied by any motion or request to make such a filing. This filing is neither authorized by the Federal Rules of Civil Procedure nor the rules of this court.

Therefore, the filing (#14) is **STRICKEN** and shall be removed by the Clerk of the Court.

**SO ORDERED**

Henry H. Kennedy, Jr.<br>United States District Judge