UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONOVAN J. LEIGHTON, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 05-1835 HHK |
| ALBERTO GONZALES,<br>  U. S. Attorney General, | * |
| Defendant. | * |

### PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND FOR LEAVE TO RE-FILE AFFIDAVIT IN SUPPORT OF AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISMISSAL, AND MOTION TO STRIKE

Pursuant to the provisions of Fed. R. Civ. P. 60 (b) (1) and 28 United States Code, Section 1651, Plaintiff, Donovan J. Leighton, hereby moves (1) for relief from the order of the Honorable Henry H. Kennedy, Jr., (#15) striking the affidavit (#14); and (2) pursuant to the provisions of Fed. R. Civ. P. 56 (e) for leave to re-file the affidavit (#14) as a supplement to the Amended Opposition to Motion for Summary Judgment, Motion for Dismissal and Motion to Strike (#11) filed on or about January 17, 2006.

Through the mistake, inadvertence and or excusable neglect of Plaintiff's counsel the affidavit (#14) was not prepared, executed, notarized and served upon the Plaintiff in time to accompany the Amended opposition, etc. (#11)

Respectfully submitted,
CHARLES NORMAN SHAFFER, CHARTERED

By: *Charles Norman Shaffer*
CHARLES NORMAN SHAFFER
D.C. Bar No. 76117
P.O. Box No. 190
Damascus, Maryland 20872

Tel: (240) 375-2986

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this \_\_7th\_\_ day of February, 2006, a copy of the foregoing Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Plaintiff's Amended Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike was mailed by first class mail, postage prepaid, to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and to W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for the Honorable Alberto Gonzales, U. S. Attorney General.

_____
CHARLES NORMAN SHAFFER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| ALBERTO GONZALES, | * | |
|   U.S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER AND FOR LEAVE TO RE-FILE AFFIDAVIT IN SUPPORT OF AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISMISSAL, AND MOTION TO STRIKE**

1. Fed. R. Civ. P. 56 (e)

2. Fed R. Civ. P. 60 (b) (1)

3. 28 United States Code, Section 1651

4. The Record herein.

Respectfully submitted,

CHARLES NORMAN SHAFFER, CHARTERED

By: _/s/ Charles Norman Shaffer_
CHARLES NORMAN SHAFFER
D.C. Bar No. 76117
P.O. Box No. 190
Damascus, Maryland 20872
Tel: (240) 375-2986

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of February, 2006, a copy of the foregoing Memorandum in Support of Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Plaintiff's Amended Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike was mailed by first class mail, postage prepaid, to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and to W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for the Honorable Alberto Gonzales, U. S. Attorney General.

*Charles Norman Shaffer*
CHARLES NORMAN SHAFFER

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DONOVAN J. LEIGHTON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| **ALBERTO GONZALES,** | * | |
| U. S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike, and upon the Defendant's Response to Plaintiff's Motion, and upon all prior proceedings had herein, the Court hereby orders that Plaintiff's requests for relief be and the same are hereby granted and the affidavit (#14) is hereby reinstated and filed.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE