UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| ALBERTO GONZALES, | * | |
| U. S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S AMENDED MOTION FOR RELIEF FROM ORDER AND FOR LEAVE TO RE-FILE AFFIDAVIT IN SUPPORT OF AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISMISSAL, AND MOTION TO STRIKE

Pursuant to the provisions of Fed. R. Civ. P. 60 (b) (1) and 28 United States Code, Section 1651, Plaintiff, Donovan Leighton, hereby moves (1) for relief from the order of the Honorable Henry H. Kennedy, Jr., (#15) striking the affidavit (#14); and (2) pursuant to the provisions of Fed. R. Civ. P. 56 (e) for leave to re-file the affidavit (#14) as a supplement to the Amended Opposition to Motion for Summary Judgment, Motion for Dismissal and Motion to Strike (#11) filed on or about January 17, 2006.

Through the mistake, inadvertence and or excusable neglect of Plaintiff's counsel the affidavit (#14) was not prepared, executed, notarized and served upon the Plaintiff in time to accompany the Amended Opposition, etc. (#11).

In accordance with the provisions of LCvR 7(m), on or about February 9, 2006, the undersigned counsel for the Plaintiff communicated with Assistant United States Attorney W. Mark Nebeker, Esquire, counsel for the Defendant, in a good faith effort to determine if the government had any opposition to the within non-dispositive motion, and if so, in a further effort to narrow the areas of disagreement. Plaintiff's counsel's telephone communication with Mr. Nebecker was left on his voice message recording center (202) 514-7230, and later that same day Mr. Nebecker sent a letter dated February 9, 2006 addressed to the undersigned counsel stating that the Defendant opposes the Motion.

Again, on or about February 13, 2005, Charles Norman Shaffer, additional counsel for the Plaintiff, spoke by telephone with Mr. Nebecker (202) 514 7230 and confirmed that Defendant opposes the motion and that the areas of disagreement cannot be narrowed.

Now that Plaintiff has complied with the Court's Order (#15) and the provisions of LCvR 7(m), Plaintiff respectfully submits this Amended Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

_____
Mark B. Sandground, Sr.
SANDGROUND, NEW & LOWINGER, P.C.
DC Bar No. 8025
8000 Towers Crescent drive, Suite 600
Vienna, Virginia 22182
(703) 761-4200
(703) 761-4249 facsimile

Charles Norman Shaffer
CHARLES NORMAN SHAFFER, CHARTERED
D.C. Bar No. 76117
P.O. Box No. 190
Damascus, Maryland 20872
(240) 375-2986

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2006, a copy of the foregoing Plaintiff's Amended Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Defendant's Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike was mailed by first class mail, postage prepaid to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and to W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for the Honorable Alberto Gonzales, U. S. Attorney General.

_____
Mark B. Sandground, Sr., Esquire
Charles Norman Shaffer, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| ALBERTO GONZALES,<br>U. S. Attorney General, | * | |
| Defendant. | * | |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM ORDER AND FOR LEAVE TO RE-FILE AFFIDAVIT IN SUPPORT OF AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISMISSAL, AND MOTION TO STRIKE

1. Fed. R. Civ. P. 56 (e)
2. Fed R. Civ. P. 60 (b) (1)
3. 28 United States Code, Section 1651
4. The Record herein.

Respectfully submitted,

_Charles Norman Shaffer Jr_
Mark B. Sandground, Sr.
SANDGROUND, NEW & LOWINGER, P.C.
DC Bar No. 8025
8000 Towers Crescent drive, Suite 600
Vienna, Virginia 22182
(703) 761-4200
(703) 761-4249 facsimile

Charles Norman Shaffer
CHARLES NORMAN SHAFFER, CHARTERED
D.C. Bar No. 76117
P.O. Box No. 190
Damascus, Maryland 20872
(240) 375-2986

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2006, a copy of the foregoing Memorandum in Support of Plaintiff's Amended Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Amended Opposition to Defendant's Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike, and proposed Order were mailed by first class mail, postage prepaid to Kenneth L. Wainstein, Esquire, United States Attorney; R. Craig Lawrence, Esquire, Assistant United States Attorney; and to W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division, 555 4th Street, N.W. Washington, D.C. 20530, all Counsel for the Honorable Alberto Gonzales, U. S. Attorney General.

_____
Mark B. Sandground, Sr., Esquire
Charles Norman Shaffer, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| ALBERTO GONZALES, | * | |
| U. S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

## ORDER

UPON Plaintiff's Amended Motion for Relief from Order and for Leave to Re-file Affidavit in Support of Plaintiff's Amended Opposition to Defendant's Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike, and upon the Defendant's Response to Plaintiff's Amended Motion, and upon all prior proceedings had herein, the Court hereby orders that Plaintiff's requests for relief be and the same are hereby granted and the affidavit (#14) is hereby reinstated and filed.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE