

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

February 9, 2006

Mark B. Sandground, Sr., Esq.
8000 Towers Crescent Drive
Suite 600
Vienna, VA  22182
and by fax: (703) 761-4249

Re:  <u>Donovan Leighton v. Alberto Gonzalez</u>,
     Civil Action No. 05-1835 HHK.

Dear Mr. Sandground:

   I received your voice message this morning seeking the Defendant's position on Mr. Leighton's motion to allow his affidavit to be filed in the above action. Please be advise that it is the Defendant's position that Mr. Leighton was untimely with the submission and that, because he has not proffered a sufficient factual basis to excuse his untimeliness as required by Fed. R. Civ. P. 6(b)(2), we must oppose the request.

   We did not seek to strike Mr. Leighton's Amended Opposition, filed January 17, 2006, even though Plaintiff had already filed an opposition and he did not seek leave to amend that opposition. Defendant then filed a reply on January 20, 2006. We believe that Mr. Leighton must take the responsibility for his failure timely to provide you with the completed Affidavit. Recall that, when we met on January 24, 2006, you provided to us for the first time a draft of Mr. Leighton's Affidavit that Mr. Leighton had not yet signed. That draft was accompanied by a fax cover sheet indicating that your office transmitted it to Mr. Leighton on January 14, 2006. Assuming that Mr. Leighton was under the impression that he was then free to amend his opposition without leave of Court, he would have been on notice that the latest time by which such amendment was allowed was January 20, 2006, a date set by the Court in its December 23, 2005 Order.[1] Therefore,

---

[1]   Because the Court's December 23, 2005 Order was entered before Mr. Leighton was represented by counsel, it would have been served directly on Mr. Leighton. If he chose to ignore that date, it cannot be because his counsel failed to notify him of the date. The Court had already done so.

DEFENDANT'S EXHIBIT 1
CA 05-1835

when Mr. Leighton received your January 14, 2006 fax with the proposed affidavit, Mr. Leighton still had plenty of time to execute the affidavit -- three days remained before the Amended Opposition was filed and six days remained before the date allowed in the Court's December 23, 2005 Order for his opposition. Mr. Leighton failed to execute the document by those dates, and finally waited until January 30, 2006 to sign the document. In short, he had the document 16 days before he signed it, that is two days longer than the local rules allow for an opposition (See Local Rule 7); and it was 42 days after Defendant's dispositive motion was served.

We believe that these circumstances do not warrant any excuse for Mr. Leighton's tardiness. We regret that we cannot be more accommodating, but must guard against Mr. Leighton's continued untimeliness (both in his failure timely to initiate the action and to respond to our defenses). He has simply not overcome the hurdle of Rule 6(b)(2), and this has prejudiced the defendant in making Defendant unable to respond with a single reply as contemplated by the rules of the Court. See Local Civ. R. 7 (allowing for a motion, an opposition and a reply); Smith v. District of Columbia, 430 F.3d 450, 457 (D.C. Cir. 2005).

If you have any questions or concerns, please contact me at (202) 514-7230.

                                    Sincerely,

                                    KENNETH L. WAINSTEIN
                                    United States Attorney

                              By:   W. MARK NEBEKER
                                    Assistant United States Attorney



U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

## FACSIMILE TRANSMISSION COVER SHEET

DATE: 2/9/06                                         TIME: _____

TO: Mark Sandground, Sr. Esq.          PHONE: _____
                                                             FAX: (703) 761-4249

CASE: Leighton                                     C.A. # _____

FROM:   W. MARK NEBEKER          PHONE: (202) 514-7230
        Assistant U.S. Attorney
        Civil Division                    FAX:   (202) 514-8780/8781
        555 4th Street, N.W.
        Washington, DC 20530

Number of pages transmitted (including cover sheet) __3__

Remarks: 2/9/06 letter