```
                TRANSACTION REPORT                              P. 01
                ——————————————————              JAN-14-2006 SAT 05:35 PM

DATE    START    RECEIVER         TX TIME  PAGES  TYPE   NOTE         M#   DP

JAN-14  05:27 PM 913019422716       39"      3    SEND   COM. E-20    772
        05:34 PM                    34"      1    SEND   OK           772

                                    TOTAL :      1M 13S   PAGES:   4
```

# Sandground
# New
# Lowinger

8000 Towers Crescent Drive
Suite 600, Tysons Corner
Vienna, Virginia 22182
Ph: 703.761.4200
Fx: 703.761.4249

## FACSIMILE COVER SHEET

TO:              DONOVAN J. LEIGHTON

FROM:            MARK B. SANDGROUND, SR., ESQUIRE

DATE:            JANUARY 14, 2006

FACSIMILE NO.:   301.942.2716

PAGES:           3  (INCLUDING COVER)    CLIENT: 6330

COMMENTS:



DEFENDANT'S EXHIBIT 2  CA 05-1835



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONOVAN J. LEIGHTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-1835 HHK |
| | * | |
| ALBERTO GONZALES, | * | |
| U. S. Attorney General, | * | |
| | * | |
| Defendant. | * | |

## AFFIDAVIT OF DONOVAN J. LEIGHTON

Donovan J. Leighton being first duly sworn under oath, according to law, deposes and says as follows:

1. My name is Donovan J. Leighton and I am the Plaintiff in the above-styled litigation.

2. At all times herein, I was employed by the Federal Bureau of Investigations ("FBI").

3. Prior to March 2005, I resided at 801 15th Street, Arlington, Virginia.

4. In March 2005, I relocated my residence to 10001 Wildwood Road, Kensington, Maryland 20898.

5. When I moved to Maryland, I went to the U.S. Post Office, Arlington, Virginia, and I put in a written change of address form advising the U.S. Post Office, for mail purposes, that I had changed my address to 10001 Wildwood Road, Kensington, Maryland 20895.

6. Thereafter, I did receive mail forwarded by the U.S. Post Office from my old address in Arlington, Virginia, to my new address in Kensington, Maryland.

7. In accordance with FBI employment requirements, I notified the FBI payroll administrative unit of my address change to 10001 Wildwood Road, Kensington, Maryland 20895 on or about the 1st day of June 2005.

8. It is conceded that the FBI mailed a notice to me on June 7, 2005.

9. However, I did not receive that notice until the 18th of June, 2005 when it arrived ar was delivered by the post office at my address 10001 Wildwood Road, Kensington, Maryland 20895.

10. I am certain that I did not receive the government notice on June 10, 2005 and did not receive the documents in question until June 18, 2005.

11. The time period as imputed to me in the government's memorandum is inaccurate because I did not have any notice of this matter because the U.S. Postal authorities did not forward the notice and documents in question to me by June 10, 2005.

FURTHER, YOUR DEPONENT SAYETH NAUGHT.

                                                          DONOVAN J. LEIGHTON

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX

Personally appeared before me, a Notary Public, in and for the aforementioned jurisdiction, DONOVAN J. LEIGHTON, and he swore on oath that the foregoing is true and accurate to the best of his knowledge and belief this _____ day of _____, 2006.

                                                    Notary Public

My Commission Expires:

SANDGROUND NEW
& LOWINGER, P.C.

_____
Mark B. Sandground, Sr.,
DC Bar Number 8025
8000 Towers Crescent Drive, Suite 600
Vienna, Virginia 22182
(703) 761-4200
(703) 761-4249 facsimile
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the ___ January, 2006 a correct copy of the foregoing Affidavit was mailed by first class mail, postage prepaid to"

Kenneth L. Wainstein, Esquire, United States Attorney
R. Craig Lawrence, Esquire, Assistant United States Attorney
W. Mark Nebecker, Esquire, Assistant United States Attorney, Civil Division
555 4th Street, N.W. Washington, D.C. 20530
Counsel for Alberto Gonzales, U.S. Attorney General

                                                  Mark B. Sandground, Sr.