UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONOVAN J. LEIGHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1835 HHK |
| | ) |
| ALBERTO GONZALEZ, | ) |
| U.S. Attorney General, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Amended Motion For Relief From Order And For Leave To Re-File Affidavit In Support Of Amended Opposition To Defendant's Motion For Summary Judgment, Motion For Dismissal, And Motion To Strike and for the reasons set forth in defendant's opposition, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's Amended Motion For Relief From Order And For Leave To Re-File Affidavit In Support Of Amended Opposition To Defendant's Motion For Summary Judgment, Motion For Dismissal, And Motion To Strike should be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MARK B. SANDGROUND, SR., ESQ.
8000 Towers Crescent Drive
Suite 600
Vienna, VA  22182