## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONOVAN J. LEIGHTON,

          Plaintiff,

     v.

ALBERTO GONZALES,

          Defendant.

Civil Action 05-01835 (HHK)

## ORDER REFERRING MOTION TO
## UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 7th day of March, 2006, hereby

**ORDERED** that the portion of plaintiff's "Amended Motion For Relief From Order And For Leave To Re-File Affidavit In Support Of Amended Opposition To Defendant's Motion For Summary Judgment, Motion For Dismissal, and Motion To Strike" (Dkt. #17) that seeks to amend and supplement plaintiff's opposition to defendant's "Motion for Summary Judgment, Motion for Dismissal, and Motion to Strike" is hereby referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2.

Henry H. Kennedy, Jr.
United States District Judge