UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONOVAN J. LEIGHTON,**<br><br>                    Plaintiff,<br><br>            v.<br><br>**ALBERTO GONZALES,**<br><br>                    Defendant. | Civil Action 05-01835 (HHK) |

## JUDGMENT

For the reasons stated in the court's memorandum opinion docketed this same day, it is this 26th day of February 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of defendant and against plaintiff.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge